UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
JUN 1 1 2012
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Tira Misu, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. **12 0945** |
| ) | |
| United States District Judge ) | |
| Robert Wilkins *et al.*, ) | |
| ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM OPINION

This matter is before the Court on review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The application will be granted and the complaint will be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B) (requiring dismissal of a complaint upon a determination that the complaint is frivolous, fails to state a claim upon which relief may be granted, or seeks monetary damages from an immune defendant).

Plaintiff sues District Judge Robert Wilkins presumably of this Court and "all judges state & federal" for $10 million. Compl. Caption. She purports to sue defendants for treason but has stated no facts. A complaint is subject to dismissal as frivolous when, as here, it lacks "an arguable basis in law and fact." *Brandon v. District of Columbia Bd. of Parole*, 734 F.2d 56, 59 (D.C. Cir. 1984). In addition, dismissal is warranted because judges are absolutely immune from lawsuits based on their official acts. *Forrester v. White*, 484 U.S. 219, 225 (1988); *Stump v. Sparkman*, 435 U.S. 349, 355-57 (1978); *Sindram v. Suda*, 986 F.2d 1459, 1460 (D.C. Cir. 1993). A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

Date: June 5, 2012